# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| S. M. L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-04224-CV-C-NKL |
| | ) |
| PULASKI COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## SECOND AMENDED NOTICE TO TAKE DEPOSITION OF
## DEFENDANT JIMMY BENCH

**PLEASE TAKE NOTICE** that plaintiff S.M.L. will take the deposition of defendant Jimmy Bench beginning at **10:00 a.m. on Thursday, February 13, 2020**, at the law offices of Baird Lightner Millsap, 1901-C South Ventura Avenue, Springfield, Missouri 65804.

Said deposition will be taken upon oral examination under oath, before a certified shorthand reporter, who is a representative of The Cooper Group.

Said deposition, if not completed that day, will continue from day to day at the same place and between the hours of 9:00 a.m. and 6:00 p.m. until completed.

Respectfully submitted,

SHAFFER LOMBARDO SHURIN

/s/ *Jennifer J. Price*_____
Jennifer J. Price          #48800
James D. Myers           #46374
Rachael D. Longhofer     #KS-001046
2001 Wyandotte Street
Kansas City, MO 64108
816-931-0500
816-931-5775 Fax
jprice@sls-law.com
jmyers@sls-law.com
rlonghofer@sls-law.com
**ATTORNEYS FOR PLAINTIFF S.M.L.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2020, a copy of the foregoing was electronically filed with the Clerk of this Court, by using the Court's CM/ECF system, which provides electronic notice to all counsel of record. In addition, copies were sent via electronic mail to:

John R. Lightner
Katherine A. Thompson
Baird, Lightner & Millsap, P.C.
1901-C South Ventura Avenue
Springfield, MO 65804
Attorney for Defendants Bench, Long, Sherrell,
Pulaski County & Board of County Commissioners


David S. Baker
Fisher, Patterson, Sayler & Smith, LLP
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
Attorneys for Defendant Sapp

The Cooper Group
office@cooperlitigationservices.com

/s/ *Jennifer J. Price*
Attorney for Plaintiff S.M.L.